◼ In the Matter of ROBERT J. WHITBREAD, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [716 NYS2d 340] —Application for

substitute service granted; order of suspension vacated and petition dismissed. Present—Green, J. P., Pine, Hayes, Hurlbutt and Lawton, JJ. (Filed Sept. 15, 2000.)